UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | | |
|---|---|---|---|
| GEORGE SLOCUM | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | **JUDGMENT** | |
| | ) | No. 5:23-CV-550-FL | |
| ZEN REALTY | ) | | |
| Defendant. | ) | | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 16, 2024, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED.

**This judgment Filed and Entered on February 16, 2024, and Copies To:**
George Slocum (via CM/ECF Notice of Electronic Filing)
Jackson Dennis Wicker (via CM/ECF Notice of Electronic Filing)


February 16 2024          PETER A. MOORE, JR., CLERK

                              /s/Sandra K. Collins
                          (By)Sandra K. Collins, Deputy Clerk